**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROSE MARIE JACKSON, | ) | CASE NO. 4:25-CV-02072-CEH |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **MEMORANDUM OPINION & ORDER** |
| | ) | |
| Defendant, | ) | |

Pending before the Court is the motion of Plaintiff Rose Marie Jackson ("Plaintiff") for the award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $7,356.70 to counsel for Plaintiff, Edward Wicklund. (ECF No. 14). Defendant Commissioner does not oppose the motion. (ECF No. 14-7). This Court hereby orders that: Plaintiff be awarded: $7,356.70 for attorney's fees, $0 in costs, and $0 in expenses pursuant to 28 U.S.C. § 2412(d).

Under the EAJA, the court shall "award to a prevailing party ... fees and other expenses ... incurred by the party in any civil action ..., including proceedings for judicial review of agency action, brought by or against the United States ..., unless the Court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). As the Plaintiff obtained an order from the court remanding the Commissioner's decision pursuant to sentence four of U.S.C. § 405(g), she qualifies as a prevailing party under the EAJA. The Court concludes that there are no special circumstances that would make an award unjust. Consequently, Plaintiff is entitled to an award of attorney fees.

1

Plaintiff's counsel submitted a timesheet documenting 33.9 total hours of work on this case. (ECF No. 14 at 3). Petitioner represents that, 29 hours of work were performed by an attorney, and 4.9 hours were performed by a paralegal. (*Id*.) The total EAJA request after conferring with the Commissioner is $7,356.70. (*Id.*) The EAJA provides that "attorney fees shall not be awarded in excess of $125.00 per hour unless the court determines that an increase in the cost of living or a special factor ... justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A). Plaintiff's requested total fee amount is based on an hourly rate of $245.91 for the 29 hours of service performed by an attorney and $125.00 for the 4.9 hours of service performed by a paralegal. (ECF No. 14 at 3). The increase in the hourly rate is based on the rise in the cost of living since March 1996, when the EAJA statutory rate was last increased. The Court finds the requested hourly rate of $245.91 to be appropriate and reasonable under the EAJA. *See Pike v. Commr. of Social Sec.*, 2024 WL 4906506 (W.D. Tenn. Nov. 27, 2024) (finding EAJA award of $249.32 per hour reasonable based on the "rise in the cost of living since March 1996"); *see also Hill v. Comm'r of Soc. Sec.*, U.S. Dist. LEXIS 206049 (M.D. Tenn. Nov. 13, 2024) (finding EAJA award of $249.32 per hour reasonable). Therefore, the Court finds that the requested rate, the number of hours expended, and the costs incurred are reasonable.

In *Astrue v. Ratliff*, 560 U.S. 586 (2010), the United States Supreme Court held that EAJA fees payable to the Plaintiff are subject to setoff if the plaintiff has outstanding federal debts. That Court also implicitly recognized that the payment could be made directly to a plaintiff's attorney only in cases where the plaintiff both owes no debt to the government and has assigned any right to EAJA fees to the attorney. The Court orders the Commissioner to determine within 30 days of the date of this order whether Plaintiff owes a pre-existing debt to the government, to offset that debt (if any) against the award herein, and to thereafter directly

2

pay the balance to Plaintiff, or to Plaintiff's attorney, in accordance with the provisions of any assignment Plaintiff has made with respect to EAJA fees.

**CONCLUSION**

For the reasons set forth herein, the Court grants Attorney's Fees under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $7,356.70 to counsel for Plaintiff, Edward Wicklund.

Dated: June 8, 2026

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE